ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
FRANK J. ANDERS, ESQ., S.B. #227208
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VERNICE BRYANT, et al. ) | No. C09-2433-JSW |
| ) | |
| Plaintiffs, ) | |
| ) | JOINT MOTION AND STIPULATION TO |
| vs. ) | STAY PROCEEDING REGARDING |
| ) | TRANSFER TO ASBESTOS MDL #875 |
| GENERAL ELECTRIC COMPANY, ) | IN THE EASTERN DISTRICT OF |
| et al., ) | PENNSYLVANIA [PROPOSED] ORDER |
| ) | TO STAY |
| Defendants ) | VACATING CASE MANAGEMENT |
| ) | CONFERENCE AND DENYING STAY |
| ) | AS MOOT |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order staying the deadlines and conference date set forth in the *INITIAL SCHEDULING CONFERENCE ORDER* filed on June 9, 2009 (Document 7), specifically, the Case Management Conference set for Friday, September 11, 2009 01:30 PM, for the following good cause:

By action of the Judicial Panel on Multidistrict Litigation ("JPML") this action transferred to the Eastern District of Pennsylvania on July 6, 2009, and is now before the Honorable Eduardo C. Robreno within Asbestos Multidistrict Litigation #875.

////

1  Attached hereto as Exhibit A is a copy of the Order of the JPML, identified as
2  "Conditional Transfer Order (CTO-323)". *By operation of this order*, the "condition" is lifted
3  when no parties object to it and the order itself operates to become the 'final' order. The
4  attached copy is Document 28 of the docket of this case: It was posted today[1].

5  As CTO-323 specifies, jurisdiction transfers upon filing of the CTO with the Eastern
6  District of Pennsylvania – not when it is filed with the Northern District of California.

7  Counsel for Plaintiff alerted the Court and the parties of this same document, showing the
8  stamp of the Eastern District of Pennsylvania, by counsel's letter of July 23, 2009 (Document
9  22).

10  The parties agree that this case is in the Asbestos MDL #875 and currently pending in the
11  Eastern District of Pennsylvania.  In fact, a case number was opened by the Clerk of the Eastern
12  District of Pennsylvania for this action on July 14, 2009. It was given case number C09-74747-
13  ER.  (A photocopy of the docket from Pennsylvania is attached hereto for reference as Exhibit
14  B.)

15  The JPML has held that a district court has the authority to stay pending a transfer order.
16  *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)
17  ("[T]hose courts concluding that such issues should be addressed by the transferee judge need
18  not rule on them, and the process of 1407 transfer in MDL-875 can continue without any
19  unnecessary interruption or delay.")

20  The parties make this Motion on the grounds that a stay of this action would (a) promote
21  judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the
22  parties.

23  ///
24  ///
25  ///

---

[1] Rufino C. Santos, Court Services Supervisor of the Clerk's Office for the Northern District of California (415-522-2043) explained to staff for Plaintiffs counsel that the clerk's office was late in receiving a copy of CTO-323 from the Eastern District of Pennsylvania and is only posting it today.

|     |     |     |
| --- | --- | --- |
| 1   | For the reasons above, the parties hereby STIPULATE to and respectfully request the Court VACATE its *Case Management Scheduling Order* and that the Court issue an Order STAYING this action due to the action of the JPML | |

Dated: September 10, 2009     BRAYTON❖PURCELL LLP

By: /s/ David R. Donadio
———————————————
David R. Donadio
Attorneys for Plaintiffs

Dated: September 10, 2009     SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: /s/ Marc Brainich
———————————————
Marc Brainich
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated: September 10, 2009     FILICE BROWN EASSA & MCLEOD, LLP

By: /s/ Susan A. Ogdie
———————————————
Susan A. Ogdie
Attorneys for Defendant
RAYTHEON COMPANY

Dated: September 10, 2009     POND NORTH

By: /s/ Mary Katherine Bedard
———————————————
Mary Katherine Bedard
Attorneys for Defendant
UNISYS CORPORATION

[~~PROPOSED~~]   **ORDER TO STAY**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *INITIAL SCHEDULING CONFERENCE ORDER* filed on June 9, 2009 (Document 7), specifically, the Case Management Conference set for Friday, September 11, 2009 at 1:30 PM, are hereby VACATED ~~and that this action is STAYED due to the action of the JPML~~.

Dated: September 10, 2009

The motion to stay is DENIED as the case has been transferred and is closed.

/s/ Jeffrey S. White
———————————————
Jeffrey S. White
United States District Judge

K:\Injured\104506\FED\Stip stay or cont (Byrant).wpd         3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING REGARDING TRANSFER TO ASBESTOS MDL – C09-2433-JSW