BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNICE BRYANT, as Wrongful Death Heir, and as Successor-in-Interest to JAMES BRYANT, Deceased; and JAMES D. BRYANT, MARK BRYANT, as Legal Heirs of JAMES BRYANT, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>Defendants. | No. 3:09-cv-02433-CRB<br><br>**ORDER GRANTING PLAINTIFFS' DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION** |

**IT IS SO ORDERED**. All claims against all Defendants are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 19, 2014     By: _____
Charles R. Breyer
United States District Judge



1
ORDER GRANTING PLAINTIFFS' DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION